## CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

**UNITED STATES OF AMERICA**

v.                                                               Case No:         06-40093-01-JAR

**STEPHAN JOHANNES**                          Age:             48
                                                                 AUSA:            Greg Hough
                                                                 Deft. Atty.:     Clark Allemang II
                                                                 ____ Appointed      x  Retained

| | | | |
|---|---|---|---|
| **JUDGE:** | Sebelius | **DATE:** | 7/25/06 |
| **DEPUTY CLERK:** | Collins | **REPORTER:** | Network |
| **LOCATION:** | Topeka, Kansas | **PRETRIAL/PROBATION:** | Paulson |

**Length of Hearing:**   Rule 5/Information:   10 min.        Arraignment:   5 min.

### PROCEEDINGS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| (x) | Initial Rule 5 Hearing/Information | | | ( ) | Initial Revocation Hearing | ( ) | Bond Hearing |
| ( ) | ID/Removal Hearing | ( ) | Held | ( ) | Waived | ( ) | Bond Revocation Hearing |
| ( ) | Preliminary Hearing | ( ) | Held | ( ) | Waived | ( ) | Upon Petition for Offender |
| ( ) | Detention Hearing | ( ) | Held | ( ) | Waived | | Under Supervision |
| (x) | Arraignment | (x) | Held | ( ) | Waived | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| ( ) | Interpreter: | | ( ) | Appointed | ( ) | Sworn |
| (x) | Charges and penalties explained to defendant | | | | | |
| ( ) | Defendant sworn and examined re: financial ability to retain counsel | | | | | |
| ( ) | Counsel appointed | | ( ) | At defendant's expense | | |
| (x) | Constitutional rights explained | | (x) | Felony | ( ) | Misdemeanor |
| ( ) | Defendant declined to waive indictment | | ( ) | Will be presented by next Grand Jury | | |
| (x) | Signed Waiver of Indictment | | | | | |
| ( ) | Advised of rights under | | ( ) | Rule 20 | ( ) | Rule 40 |
| ( ) | Signed Consent to Transfer (Rule 20) | | | | | |
| ( ) | Petition to Enter Plea Filed | | ( ) | Plea Agreement Attached | | |
| ( ) | Transfer under Rule 40 to: | | | | | |
| ( ) | Defendant acknowledged receipt of petition for offender under supervision | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| (x) | **ARRAIGNMENT AND PLEA:** | | | | (1) | No. of Counts |
| | (x) Waived Reading of | ( ) Indictment | (x) Information | ( ) Read to Defendant |
| | ( ) Previous Plea | ( ) Guilty | ( ) Not Guilty | Counts:                 Withdrawn |
| | ( ) Guilty | | | Counts:                  Accepted |
| | (x) Not Guilty | | | Counts  1 |

| | | | | | |
|---|---|---|---|---|---|
| ( ) | Bail Denied | (x) | Bail fixed at | ( ) | Bail remain at |
| (x) | $10,000 | (x) | Unsecured | ( ) | Secured |
| (x) | Release Order | (x) | Executed | ( ) | Continued in effect |
| ( ) | Deft. remanded to custody | ( ) | Pending compliance with conditions of release | | |
| ( ) | Detention Ordered | | | | |

The General Order of Discovery & Scheduling will be issued by:  Judge Robinson

**Defendant's next appearance:** Change of plea August 14, 2006, at 9 a.m. before Judge Robinson

**Miscellaneous:** Government moves to unseal the information – GRANTED. Defendant appears in person with retained counsel Clark Allemang II. Defendant signs a formal waiver of indictment and asks the court to proceed on the information. The court finds that the waiver is freely, voluntarily and knowingly given. Government does not request pretrial detention of the defendant. The court releases defendant on conditions of pretrial release along with a $10,000 O/R bond. Defendant stands silent and the court enters a "not guilty" plea on behalf of the defendant to the charges in the indictment. AUSA Hough advised the court several years ago with his prosecution of a bank robbery case where defense counse Clark Allemang II was a bank teller. Defendant waives any potential perceived conflict involving Mr. Hough and Mr. Allegmang's representation of the defendant.